IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GEORGE WALTER BREWSTER, III, | * |
| Petitioner, | * |
| v. | Case No. 4:23-cv-132-CDL-MSH |
| | * |
| SHERIFF GREG COUNTRYMAN, | * |
| Respondent. | * |
| | * |

# JUDGMENT

Pursuant to this Court's Order dated March 14, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of March, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk